■ In the Matter of Isabella City Carting Corp et al., Appellants, v New York City Business Integrity Commission, Respondent. [19 NYS3d 743]—

Order and judgment (one paper), Supreme Court, Bronx County (Kenneth L. Thompson, Jr., J.), entered October 16, 2014, which denied petitioners' application for a preliminary injunction against respondent's revocation of petitioner Isabella Carting Corp.'s trade waste license, and dismissed the petition brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Respondent's determination that petitioner Isabella Carting Corp. lacked "good character, honesty and integrity" (Administrative Code of City of NY § 16-509 [a]) was not arbitrary and capricious, made in violation of lawful procedure, or an abuse of discretion (CPLR 7803 [3]). The penalty of revocation of petitioner's license does not shock the judicial conscience (*see Matter of Featherstone v Franco*, 95 NY2d 550 [2000]).

We have considered petitioners' remaining contentions and find them unavailing. Concur—Friedman, J.P., Renwick, Saxe and Kapnick, JJ.

■ The People of the State of New York, Respondent, v Eric Saldana, Appellant. [19 NYS3d 744]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about January 30, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Renwick, Saxe and Kapnick, JJ.